# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

140495 & (46)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DOUGLAS RICHARD RUTKOFSKE,
     Defendant-Appellant.

SC: 140495
COA: 285753
St. Clair CC: 07-002780-FC

_____/

     On order of the Court, the application for leave to appeal the December 17, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

Clerk

p0830